# Court of Appeals
# of the State of Georgia

ATLANTA,   July 20, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1847. MOORE v. WELLS FARGO BANK N. A.**

This appeal in a dispossessory action was docketed on May 14, 2012, making appellant's brief and enumeration of error(s) due on June 4, 2012. To date, the appellant, Saundra Moore, has not filed a brief and has not requested additional time to do so.  Court of Appeals Rule 23 (a) provides that "[f]ailure to file within [20 days of docketing], unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offender to contempt." Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/20/2012
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*